944

No. 78–1295. BOTERO ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–1296. GIACALONE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–1299. 91.90 ACRES OF LANDS, SITUATE IN MONROE COUNTY, MISSOURI v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–1302. WALL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–1306. EASTERN PHOTOGRAPHIC LABORATORIES, INC., ET AL. v. BRAUNSTEIN. C. A. 2d Cir. Certiorari denied.

No. 78–1324. JACKSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–1329. UNITED STATES v. NAVAJO TRIBE ET AL. Ct. Cl. Certiorari denied.

No. 78–1345. RYAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–1356. MACOMB CONCRETE CORP. v. EARL DUBEY & SONS, INC., ET AL. Ct. App. Mich. Certiorari denied.

No. 78–1359. GUNDUY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–1394. PROFESSIONAL AIR TRAFFIC CONTROLLERS ORGANIZATION v. AIR TRANSPORT ASSOCIATION OF AMERICA. C. A. 2d Cir. Certiorari denied.

No. 78–1408. PROCELL v. LOUISIANA. Sup. Ct. La. Certiorari denied.